IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALONZO GREENE, )
 )
         Plaintiff, )
 )
         v. )    1:13-CV-452
 )
DURHAM COUNTY POLICE )
DEPARTMENT, et al., )
 )
         Defendant. )

## ORDER

On September 26, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served pursuant to 28 U.S.C. § 636. Plaintiff filed timely objections. [Doc. #25.] The Court has considered Plaintiff's objections and as to those objections has reviewed the Recommendation *de novo*. The Court agrees with the Magistrate Judge's Recommendation, [Doc. #23], which is affirmed and adopted in full.

IT IS THEREFORE ORDERED that Plaintiff's claims against the Durham County Police Department and the John Doe Officers are DISMISSED under 28 U.S.C. § 1915(e)(2).

This, the 20th day of November, 2014.

                                             UNITED STATES DISTRICT JUDGE